**FILED**
APR 2 5 2008
Apr 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Ian Lockhart
Plaintiff

v.

Donald Hulick
Defendant(s)

08CV2374
JUDGE ANDERSEN
MAG. JUDGE MASON

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Ian Lockhart__, declare that I am the ☐plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # __R-18787__   Name of prison or jail: __Menard Correctional Center__
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: $ __10.00__

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: __N/A__
   Name and address of employer: __N/A__

   a. If the answer is "No":
   N/A   Date of last employment: __N/A__
   Monthly salary or wages: __N/A__
   Name and address of last employer: __N/A__

   b. Are you married?   ☐Yes   ☐No   "unsure" (I been out of touch)
   N/A   Spouse's monthly salary or wages: _____
   Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes   ☒No
   Amount _____   Received by _____

b. ☐ Business, ☐ profession or ☐ other self-employment   ☐ Yes   ☒ No
Amount _____ Received by _____

c. ☐ Rent payments, ☐ interest or ☐ dividends   ☐ Yes   ☒ No
Amount _____ Received by _____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐ Yes   ☒ No
Amount _____ Received by _____

e. ☐ Gifts or ☐ inheritances   ☐ Yes   ☒ No
Amount _____ Received by _____

f. ☐ Any other sources (state source: _____ )   ☐ Yes   ☒ No
Amount _____ Received by _____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐ Yes   ☒ No   Total amount: _____
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐ Yes   ☒ No
Property: _____ Current Value: _____
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐ Yes   ☒ No
Address of property: _____
Type of property: _____ Current value: _____
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐ Yes   ☒ No
Property: _____
Current value: _____
In whose name held: _____ Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: April 5, 2008

_____Ian Lockhart_____
Signature of Applicant

_____Ian Lockhart_____
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Ian Lockhart, I.D.# R-18787, has the sum of $ 2.10 on account to his/her credit at (name of institution) Menard Correctional Center. I further certify that the applicant has the following securities to his/her credit: $ 2.10. I further certify that during the past six months the applicant's average monthly deposit was $ 47.93. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

April 5, 2008
DATE

_____Ian Lockhart_____
SIGNATURE OF AUTHORIZED OFFICER

_____Ian Lockhart_____
(Print name)

Rev. 7/18/02

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: April 5, 2008

/s/ Ian Lockhart
NAME: Ian Lockhart
IDOC#: R-18787
Menard Correctional Center
P.O. BOX 711
Menard, IL 62259