08CV2374
JUDGE ANDERSEN
MAG. JUDGE MASON

**FILED**

APR 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

April 16, 2008

To whom it may concern,

    I'm writing to inform you that do to the cost of getting this petition copied and the postage fee, I'm now owe this institution for the above reasons.

    This institution (Menard correctional center) will withhold all funds coming in to me until my debt to them has been paid in full.

    After my debt has been paid, I "will" be able to send that $5.00 fee that is required of me for the filing of this 2254 motion.

    Also, I'm requesting at this time to receive a stamped filed copy of this petition.

Respectfully,

Ian Lockhart

Ian Lockhart #R-18787
Menard Correctional Center
P.O. Box 711
Menard, Il 62259