## United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | WAYNE R. ANDERSEN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2374 | DATE | MAY 23, 2008 |
| CASE TITLE | Ian Lockhart (#R-18787) vs. Donald Hulick | | |

**DOCKET ENTRY TEXT:**

The petitioner's motion for leave to proceed *in forma pauperis* [#3] is stricken. The petitioner is directed to submit a renewed i.f.p. petition that is certified by a trust fund officer and that reflects the current balance in the petitioner's prison trust fund account. Failure to comply [or, in the alternative, to pay the $5.00 filing fee] within thirty days of the date of this order will result in denial of leave to proceed *in forma pauperis* and summary dismissal of this case. The Clerk is directed to provide the petitioner with a blank i.f.p. petition along with a copy of this order.

■ [For further details see text below.]

### STATEMENT

Ian Lockhart, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner challenges, on numerous grounds, his convictions for first degree murder, armed robbery, and residential burglary.

The Clerk has accepted this *pro se* civil rights complaint for docketing pursuant to Fed. R. Civ. P. 5(e) even though it was not submitted in compliance with the rules of this court. An incarcerated person seeking leave to proceed *in forma pauperis* must obtain a certificate from a prison official stating the amount of money the prisoner has on deposit in his or her prison or jail trust fund account. *See* 28 U.S.C. § 1915(a)(2). In the case at bar, the petitioner's i.f.p. petition is not certified, does not show the petitioner's trust account balance, and is not accompanied by copies of his prison trust fund ledgers.

If the petitioner wants to proceed with this lawsuit, he must submit a certified i.f.p. petition showing his current trust account balance. The Clerk will provide the petitioner with a blank i.f.p. application. Failure to comply [or, in the alternative, to submit the statutory filing fee of $5.00 required for habeas cases] within thirty days of the date of this order will result in summary dismissal of this suit. *See Brekke v. Morrow*, 840 F.2d 4, 5 (7th Cir. 1988).

The petitioner is reminded that he must provide the court with the original plus a judge's copy of every document filed.

mjm