UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

**FILED**
JUN 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Ian Lockhart

v.

Defendant(s) Donald Hulick

Case Number: 08 C 2374

Judge Wayne R. Andersen

**FILED**
JUN 2 6 2008 aew
6-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, Ian Lockhart, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Movant's Signature: Ian Lockhart

Street Address: P.O. Box 711

City/State/Zip: Menard IL 62259

Date: 6-6-08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

N/A

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | ☐ |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | ☐ |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | ☐ |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | ☐ |

Case 1:08-cv-02874  Document 9  Filed 06/20/2008  Page 2 of 4

IN THE
U.S. District Court for the
Northern District of Illinois

Ian Lockhart
Plaintiff,

v.

Donald Hulick
Defendant

Case No. 08 C 2374

## PROOF/CERTIFICATE OF SERVICE

TO: Prisoner Correspondence      TO: _____
Clerk's Office
U.S. District Court
219 S. Dearborn Street
Chicago, IL 60604

PLEASE TAKE NOTICE that on June 19, 2008, I have placed the documents listed below in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: In Forma Pauperis Application and Financial Affidavit & Motion for Appointment of Counsel

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 6/19/08

/s/ Ian Lockhart
NAME: Ian Lockhart
IDOC#: R-18787
Menard Correctional Center
P.O. BOX 711
Menard, IL 62259

## AFFIDAVIT OF SERVICE

I, __Ian Lockhart__, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party (ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at __Menard__ Correctional Center, __Menard__ Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid thereon, on this __19th__ day of __June__, 20__08__.

_Ian Lockhart_
Signature

## VERIFICATION

I, __Ian Lockhart__, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents; and

3. **Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.**

_Ian Lockhart_
(Your signature)