10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
JUN 2 6 2008
6-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Ian Lockhart
Plaintiff

v.

Donald Hulick
Defendant(s)

CASE NUMBER 08 C 2374
JUDGE Wayne R. Andersen

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Ian Lockhart, declare that I am the ☒plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒Yes    ☐No    (If "No," go to Question 2)
   I.D. # R-18787    Name of prison or jail: Menard Correctional Center
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: $10.00

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages:_____    N/A
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment:_____   N/A
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?    ☐Yes    ☐No
      Spouse's monthly salary or wages:_____   N/A
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages    ☐Yes    ☒No
      Amount_____    Received by_____

b.   ☐ Business, ☐ profession or ☐ other self-employment        ☐Yes   ☒No
Amount_____ Received by_____

c.   ☐ Rent payments, ☐ interest or ☐ dividends        ☐Yes   ☒No
Amount_____ Received by_____

d.   ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                        ☐Yes   ☒No
Amount_____ Received by_____

e.   ☐ Gifts or ☐ inheritances        ☐Yes   ☒No
Amount_____ Received by_____

f.   ☐Any other sources (state source:_____)        ☐Yes   ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?        ☐Yes   ☒No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?        ☐Yes   ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?        ☐Yes   ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                        ☐Yes   ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: June 6, 2008

_Ian Lockhart_
(Signature of Applicant)

Ian Lockhart
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Ian Lockhart, I.D.# R18787, has the sum of $ 11.73 on account to his/her credit at (name of institution) Menard CC.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

6/10/08
DATE

_Geraldine Berry_
SIGNATURE OF AUTHORIZED OFFICER

GERALDINE BERRY
(Print name)

rev. 7/18/02

-3-

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Date: 6/10/2008 | | | | Menard Correctional Center | | | Page 1
Time: 1:26pm | | | | Trust Fund | | | |
d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 12/01/2007 thru End;   Inmate: R18787;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print
Balance Errors Only ? : No

**Inmate: R18787 Lockhart, Ian**                   **Housing Unit: MEN-SL-04-19**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.54 |
| 12/05/07 | Mail Room | 01 MO/Checks (Not Held) | 3392113 | 100448 | C.C. Church Of Christ | 25.00 | 25.54 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341169 | | P/R month of 11/2007 | 9.00 | 34.54 |
| 12/14/07 | Point of Sale | 60 Commissary | 3487116 | 687733 | Commissary | -8.04 | 26.50 |
| 12/17/07 | Mail Room | 01 MO/Checks (Not Held) | 351245 | 4454689535 | Lewis, Carolyn | 25.00 | 51.50 |
| 01/07/08 | Payroll | 20 Payroll Adjustment | 007159 | | P/R month of 12/2007 | 4.08 | 55.58 |
| 01/09/08 | Point of Sale | 60 Commissary | 009767 | 691858 | Commissary | 8.04 | 63.62 |
| 01/15/08 | Point of Sale | 60 Commissary | 015767 | 692641 | Commissary | -17.25 | 46.37 |
| 01/18/08 | Mail Room | 01 MO/Checks (Not Held) | 0182104 | 103587 | CC Church, Of Christ | 25.00 | 71.37 |
| 01/22/08 | Point of Sale | 60 Commissary | 022779 | 694450 | Commissary | -63.05 | 8.32 |
| 01/31/08 | Disbursements | 84 Library | 031359 | Chk #84000 | 56188, DOC: 523 Fund Library,  Inv. Date: 01/24/2008 | -1.05 | 7.27 |
| 02/05/08 | Mail Room | 01 MO/Checks (Not Held) | 0362113 | 106329 | CC Church Of Christ | 25.00 | 32.27 |
| 02/07/08 | Payroll | 20 Payroll Adjustment | 038159 | | P/R month of 01/2008 | 6.12 | 38.39 |
| 02/19/08 | Mail Room | 01 MO/Checks (Not Held) | 0502113 | 4454699855 | Lewis, Carolyn | 25.00 | 63.39 |
| 02/19/08 | Mail Room | 01 MO/Checks (Not Held) | 0502113 | 09726618363 | Cocq, Cynthia | 10.00 | 73.39 |
| 02/19/08 | Point of Sale | 60 Commissary | 050795 | 700486 | Commissary | -47.61 | 25.78 |
| 02/25/08 | Mail Room | 01 MO/Checks (Not Held) | 0562113 | 1202956 | Webster, Dorothy | 20.00 | 45.78 |
| 02/26/08 | Point of Sale | 60 Commissary | 057762 | 702076 | Commissary | -40.71 | 5.07 |
| 03/03/08 | Mail Room | 01 MO/Checks (Not Held) | 0632113 | 108770 | C.C. Church Of Christ | 25.00 | 30.07 |
| 03/04/08 | Point of Sale | 60 Commissary | 064762 | 702887 | Commissary | -23.35 | 6.72 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070169 | | P/R month of 02/2008 | 8.50 | 15.22 |
| 03/11/08 | Point of Sale | 60 Commissary | 0717120 | 705051 | Commissary | -3.73 | 11.49 |
| 03/14/08 | Disbursements | 84 Library | 074359 | Chk #84741 | 61420, DOC: 523 Fund Library,  Inv. Date: 03/11/2008 | -.55 | 10.94 |
| 03/18/08 | Point of Sale | 60 Commissary | 078762 | 707225 | Commissary | -5.80 | 5.14 |
| 03/28/08 | Disbursements | 80 Postage | 088359 | Chk #84995 | 61956, DOC: 523 Fund Inmate Re, Inv. Date: 03/17/2008 | -2.70 | 2.44 |
| 04/04/08 | Payroll | 20 Payroll Adjustment | 095169 | | P/R month of 03/2008 | 10.00 | 12.44 |
| 04/08/08 | Point of Sale | 60 Commissary | 099702 | 710170 | Commissary | -11.63 | .81 |
| 04/11/08 | Disbursements | 80 Postage | 102359 | Chk #85340 | 63433, DOC: 523 Fund Reimburse, Inv. Date: 04/01/2008 | -.34 | .47 |
| 05/06/08 | Payroll | 20 Payroll Adjustment | 127159 | | P/R month of 04/2008 | 10.00 | 10.47 |
| 05/15/08 | Disbursements | 81 Legal Postage | 136359 | Chk #86006 | 65576, DOC: 523 Fund Reimburse, Inv. Date: 04/22/2008 | -5.70 | 4.77 |
| 06/05/08 | Payroll | 20 Payroll Adjustment | 157159 | | P/R month of 05/2008 | 10.00 | 14.77 |

| | | |
|---|---|---|
| Total Inmate Funds: | | 14.77 |
| Less Funds Held For Orders: | | .00 |
| Less Funds Restricted: | | 26.50 |
| Funds Available: | | -11.73 |
| Total Furloughs: | | .00 |
| Total Voluntary Restitutions: | | .00 |

Date: 6/10/2008
Time: 1:26pm
d_list_inmate_trans_statement_composite

Case 1:08-cv-02374  Document 10  Filed 06/26/2008  Page 5 of 6

Menard Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 12/01/2007 thru End;   Inmate: R18787;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R18787 Lockhart, Ian**                        **Housing Unit: MEN-SL-04-19**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 04/22/2008 | 65578 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.90 |
| 04/25/2008 | 65922 | Disb | Library | 2 DOC: 523 Fund Library | $21.60 |
| | | | | **Total Restrictions:** | **$26.50** |

June 19, 2008

To whom it may concern,

My application for Forma Pauperis has been certified by the appropriate institutional officer. Also, my Trust Fund account statement has been certified showing all money transactions for the last 6 months. The proper institutional officer (Geraldine Berry) for some reason did not fill out part of the Certificate asking for my average monthly deposit; nonetheless, because of my 30 day deadline to have this paperwork properly filled out and sent in to you, I had No time to return it to Geraldine Berry; So I will add that info in my letter: All deposits from all sources for the months of December through May (6-months) (the sum of) is $227.70. Divided by 6 equals $37.95 as my average monthly deposit. I'm presently in debt to the institution for $11.73 do to legal copies and legal postage.

Respectfully,
Ian Lockhart

Ian Lockhart # R-18787
Menard Correctional Center
P.O. Box 711
Menard Illinois 62259