# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| United States ex rel. Ian Lockhart v. Donald Hulick | 08 C 2374 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondent Warden Donald Hulick

| | |
|---|---|
| NAME (Type or print) | |
| | Jay Paul Hoffmann |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| | s/Jay Paul Hoffmann |
| FIRM | |
| | Illinois Attorney General's Office |
| STREET ADDRESS | 100 W. Randolph Street, 12th Floor |
| CITY/STATE/ZIP | |
| | Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| IL 6204296 | 312-814-3421 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒x | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒x |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒x |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. IAN LOCKHART, Petitioner, vs. DONALD HULICK, Warden Respondent. | No. 08 C 2374 The Honorable Wayne R. Andersen, Judge Presiding. |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 17, 2008, I electronically filed counsel's **Appearance** for Respondent with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division using the CM/ECF system and on the same date mailed a copy of this document via the United States Postal Service to the following non-CM/ECF user:

Ian Lockhart, # R18787
711 Kaskaskia Street
P.O. Box 711
Menard, Illinois 62259

                                      Respectfully submitted,

                                      s/ Jay Paul Hoffmann
                                      A.A.G. Jay Paul Hoffmann
                                      100 West Randolph Street, 12th Floor
                                      Chicago, Illinois 60601-3218
                                      Phone: (312) 814-3421
                                      FAX: (312) 814-2253
                                      E-mail: jhoffmann@atg.state.il.us
                                      Att.Reg.No.: 6204296