IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel.<br>  IAN LOCKHART, | ) ) ) | |
| Petitioner, | ) ) | No. 08 C 2374 |
| vs. | ) ) | The Honorable |
| DONALD HULICK, Warden | ) ) | Wayne R. Andersen,<br>Judge Presiding. |
| Respondent. | ) | |

## NOTICE OF MOTION

TO:    Ian Lockhart, # R18787
       711 Kaskaskia Street
       P.O. Box 711
       Menard, Illinois 62259

On July 23, 2008 at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Andersen, Room 1403, or any judge sitting in his stead in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois and present the attached Respondent's **Motion For Extension Of Time To Answer Or Otherwise Plead To The Petition For Writ Of Habeas Corpus**.

LISA MADIGAN
Attorney General of Illinois

BY:    s/ JAY PAUL HOFFMANN
       JAY PAUL HOFFMANN
       Assistant Attorney General
       100 W. Randolph Street, 12th Floor
       Chicago, Illinois  60601-3218
       (312) 814-3421
       FAX: (312) 814-2253
       E-mail: jhoffmann@atg.state.il.us
       Att.Reg.No.: 6204296